UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NITROUS FUNDING, LLC,

                          **Plaintiff,**

       -against-

CARDINAL EQUITY, LLC,

                          **Defendant.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2020

20-CV-02216 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

       On Monday, August 24, 2020, the Honorable Paul A. Engelmayer assigned this matter to my docket for settlement. In light of the impending close of fact discovery, the parties are directed to contact Courtroom Deputy Rachel Slusher, rachel_slusher@nysd.uscourts.gov, with three (3) mutually convenient dates, to schedule a settlement conference if they believe it would be productive. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable.

**SO ORDERED.**

                                                                            _____
                                                                            SARAH NETBURN
DATED:     November 2, 2020              United States Magistrate Judge
               New York, New York