**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 1/7/2021
```

NITROUS FUNDING, LLC,

                               **Plaintiff,**

                -against-

CARDINAL EQUITY, LLC,

                            **Defendant.**

----------------------------------------------------------------X

**20-CV-02216 (PAE)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On Thursday, January 7, 2021, the parties appeared before the Court for a settlement conference, though they were unable to agree to a settlement. Accordingly, the following amendments are made to the November 17, 2020 Civil Case Management Plan and Scheduling Order:

- Fact discovery shall be completed by May 15, 2021.
- Depositions shall be completed by March 30, 2021.
- Expert discovery shall be completed by June 28, 2021.

In addition, the Defendant is ordered to produce responsive documents by Monday, January 11, 2021. The parties should meet and confer regarding any outstanding discovery disputes and, to the extent disputes remain, the parties shall appear at a telephonic conference on January 21, 2021, at 2:00 p.m. At that time the parties should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If there are no remaining disputes, the parties should jointly file a letter requesting that the conference be adjourned.

Finally, a telephonic settlement conference is scheduled for January 29, 2021, at 10:00 a.m., with *ex parte* letters and attendance forms due by January 26, 2021, in accordance with Judge Netburn's individual rules of practice. The dial-in information for the settlement conference is the same as that listed above.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     January 7, 2021
              New York, New York