UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
NITROUS FUNDING, LLC,                                                    :
                                                                         :         20 Civ. 2216 (PAE)
                                          Plaintiff,                     :
                                                                         :              ORDER
                    -v-                                                  :
                                                                         :
CARDINAL EQUITY, LLC,                                                    :
                                                                         :
                                          Defendant.                     :
                                                                         :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

    In light of the extension of time to complete fact discovery, Dkt. 34, the case management conference presently scheduled for April 15, 2021 at 2:00 p.m. is rescheduled for June 11, 2021 at 2:00 p.m.

    SO ORDERED.

                                                                                               Paul A. Engelmayer
                                                                           Paul A. Engelmayer
                                                                           United States District Judge

Dated: January 8, 2021
       New York, New York