**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**NITROUS FUNDING, LLC,**

                        **Plaintiff,**

        -against-

**CARDINAL EQUITY, LLC,**

                      **Defendant.**

----------------------------------------------------------------X

**20-CV-02216 (PAE)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 1/21/2021 ___

**SARAH NETBURN, United States Magistrate Judge**:

On Thursday, January 21, 2021, the parties appeared before the Court to discuss remaining discovery disputes. As directed at the conference, the parties shall meet and confer by January 22, 2021, to discuss the scope and anticipated documents for the Defendant to produce responsive to Plaintiff's document request. The Defendant shall have until January 28, 2021, to produce a revised response and responsive documents to the Plaintiff's discovery demands.

Finally, the settlement conference scheduled for January 29, 2021, at 10:00 a.m. is adjourned, and rescheduled for February 9, 2021, at 2:00 p.m. At that time the parties should dial the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The parties should submit *ex parte* letters and attendance forms by February 2, 2021, in accordance with Judge Netburn's individual rules of practice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 21, 2021
             New York, New York