UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NITROUS FUNDING, LLC,

                          **Plaintiff,**

      -against-

CARDINAL EQUITY, LLC,

                          **Defendant.**

-----------------------------------------------------------------X

20-CV-02216 (PAE) (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2021

**SARAH NETBURN, United States Magistrate Judge:**

      The parties appeared before the Court on March 8, 2021, for a discovery conference. It is ORDERED that (1) Plaintiff shall identify 24 merchants for which it seeks merchant agreements, and Defendant shall produce such merchant agreements as soon as possible; (2) Arty Bujan shall be deposed no later than March 19, 2021, for the purposes of describing Cardinal's document management and retention systems and explaining Cardinal's discovery responses to date; and (3) the parties shall file a joint status letter regarding document discovery on March 26, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               March 9, 2021