UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
NITROUS FUNDING, LLC, :
: 20 Civ. 2216 (PAE)
Plaintiff, :
: ORDER
-v- :
:
CARDINAL EQUITY, LLC, :
:
Defendant. :
:
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the case management conference currently scheduled for June 17, 2021 at 2:00 p.m. is rescheduled for June 18, 2021 at 2:30 p.m.

SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated: June 9, 2021
       New York, New York

1