UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

NITROUS FUNDING, LLC,                               :

                                    Plaintiff,      :                20 Civ. 2216 (PAE)

                                                    :                ORDER

                        -v-                         :

CARDINAL EQUITY, LLC,                               :

                                    Defendant.      :

------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

      A case management conference is scheduled for June 18, 2021 at 2:30 p.m.  Dkt. 48.

Due to the current public health situation, that conference will be a telephonic conference.  The

parties should call into the Court's dedicated conference line at (888) 363-4749, and enter

Access Code 468-4906, followed by the pound (#) key.  **Counsel are directed to review the**

**Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at

https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic

conferences and for instructions for communicating with chambers.


      SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    _____
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: June 11, 2021
      New York, New York