UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

NITROUS FUNDING, LLC,

                        Plaintiff,

          -v-

CARDINAL EQUITY, LLC,

                       Defendant.

------------------------------------------------------------------ X

20 Civ. 2216 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received an email from plaintiff's counsel indicating that lead counsel for Nitrous Funding, LLC, has experienced a significant adverse health event. In light of this, plaintiff, with consent of defendant, requests a 30-day stay of all deadlines in the case and adjournment of the case management conference.

The Court grants the 30-day stay and wishes counsel a speedy recovery. The case management conference currently scheduled for June 18, 2021 at 2:30 p.m. is rescheduled for July 20, 2021 at 3:30 p.m.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: June 16, 2021
      New York, New York