UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                           :

NITROUS FUNDING, LLC,                  :

                           :              20 Civ. 2216 (PAE)

                   Plaintiff,        :

                           :                 <u>ORDER</u>

           -v-                        :

                           :
CARDINAL EQUITY, LLC,         :

                           :

                 Defendant.     :

                           :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

      Due to a scheduling conflict, the case management conference currently scheduled for

July 20, 2021 at 3:30 p.m. is rescheduled for 4 p.m. on the same day.


      SO ORDERED.

                                         *Paul A. Engelmayer*

                                         PAUL A. ENGELMAYER
                                         United States District Judge

Dated: July 15, 2021
        New York, New York