UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                            :
NITROUS FUNDING, LLC,                                       :
                                                            :          20 Civ. 2216 (PAE)
                                        Plaintiff,          :
                                                            :          ORDER
                -v-                                         :
                                                            :
CARDINAL EQUITY, LLC,                                       :
                                                            :
                                        Defendant.          :
                                                            :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the case management conference currently scheduled for July 20, 2021 at 4 p.m. is rescheduled for July 21, 2021 at 11 a.m.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 20, 2021
       New York, New York