UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

NITROUS FUNDING, LLC,

                              Plaintiff,

             -v-

CARDINAL EQUITY, LLC,

                          Defendant.

------------------------------------------------------------------ X

20 Civ. 2216 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At the conference on July 21, 2021, the Court directed plaintiff's counsel to file a letter explaining the history of, and lack of progress in, this case, and the basis for plaintiff's request to reopen fact discovery. The Court has received counsel's letter and, substantially for the reasons given, will reopen discovery until September 10, 2021. No further extensions will be granted. The Court directs counsel to confer immediately and to submit, by close of business on August 3, 2021, a plan for completing discovery by the deadline set.

Plaintiff is granted leave to file the amended complaint at docket 53-1 provided that it does not occasion significant additional discovery. Plaintiff is directed to file the amended complaint by Friday, July 30, 2021.

The Court schedules a case management conference for October 8, 2021 at 3 p.m.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 28, 2021
      New York, New York