```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NITROUS FUNDING, LLC,

                              Plaintiff,

        -against-

CARDINAL EQUITY, LLC,

                              Defendant.

-----------------------------------------------------------------X

20-CV-02216 (PAE) (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        On March 3, 2021, the Honorable Paul A. Engelmayer referred this matter to my docket for general pretrial matters and for settlement. As the parties' case management plan proposes a settlement conference as a means of alternative dispute resolution, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference to take place after the completion of depositions. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:     New York, New York
                 September 17, 2021