UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NITROUS FUNDING, LLC,

                              Plaintiff,                          20 Civ. 2216 (PAE)

          -v-

                                                             ORDER

CARDINAL EQUITY, LLC, WAK ENTERPRISES LLC
d/b/a Recovery of Judgement, ROJ EQUITY, LLC and
TVT CAPITAL LLC,

                              Defendants.

PAUL A. ENGELMAYER, District Judge:

      On October 22, 2021, defendants WAK Enterprises LLC, ROJ Equity, LLC, and TVT Capital LLC ("Newly Added Defendants") filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Dkt. 83. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by **November 22, 2021**. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by **December 14, 2021**, Newly Added Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

---

[1] If Newly Added Defendants file a new motion to dismiss or rely on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

1

It is further ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **November 22, 2021**.  Newly Added Defendants' reply, if any, shall be filed by **December 14, 2021**.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 26, 2021
   New York, New York