## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NITROUS FUNDING, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>CARDINAL EQUITY, LLC, WAK<br>ENTERPRISES LLC d/b/a Recovery of<br>Judgement, ROJ EQUITY, LLC<br>and TVT CAPITAL LLC<br><br><br>*Defendant.* | **Case No: 20-cv-2216 (PAE)** |

## NOTICE OF DISMISSAL, WITHOUT PREJUDICE, AS TO DEFENDANTS WAK ENTERPRISES LLC D/B/A RECOVERY OF JUDGMENT, ROJ EQUITY, LLC AND TVT CAPITAL LLC

Plaintiff, NITROUS FUNDING, LLC, pursuant to Federal Rule of Civil Procedure 41,

hereby dismisses without prejudice its entire action(s) against Defendants WAK Enterprises LLC

d/b/a Recovery of Judgment, ROJ Equity LLC, and TVT Capital LLC.

Respectfully submitted,

*/s/ Paul Thanasides*
Paul Thanasides (*pro hac vice*)
Florida Bar No.: 103039
paul@mcintyrefirm.com
Christina Casadonte-Apostolou (*pro hac vice*)
Florida Bar No.: 101070
Christina@mcintyrefirm.com
complexlit@mcintyrefirm.com
clservice@mcintyrefirm.com

*/s/ Dustin Deese*
Dustin D. Deese *(pro hac vice pending)*
Florida Bar No:
dustin@mcintyrefirm.com

McIntyre Thanasides Bringgold Elliot
Grimaldi Guito & Matthews, P.A.
500 E. Kennedy Blvd, Suite 200
Tampa, FL 33602
Telephone: 813.223.0000
Facsimile: 813.225.1221

L. Reid Skibell
Evan W. Bolla
Harris St. Laurent LLP
40 Wall Street, 53rd Floor
New York, NY 10005
Telephone: (917) 512-9472
Email: ewbolla@hs-law.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2021, a true and correct copy of the foregoing

was served via email to the following:

Martin Shell, Esq.                          Jeffrey M. Haber, Esq.
THE SHELL LAW FIRM, PLLC         425 Broadhollow Road, Suite 417
11 Broadway, Suite 615                 Melville, NY  11747
New York, New York 10004           jhaber@fhnylaw.com
mshell@shelllawfirm.com

/s/Dustin D. Deese
_____
Dustin D. Deese, Esquire

Granted.  SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
12/7/2021

2